THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN W. METCALF, | CASE NO. C17-1421-JCC |
| Petitioner, | ORDER |
| v. | |
| INGRAM, | |
| Respondent. | |

This matter comes before the Court on Petitioner's habeas petition (Dkt. No. 1), Magistrate Judge Mary Alice Theiler's Report and Recommendation (Dkt. No. 3), and Petitioner's motion to dismiss (Dkt. No. 4). Having thoroughly considered the relevant record, the Court finds oral argument unnecessary and hereby finds as follows:

(1) The Court DENIES Plaintiff's motion to dismiss (Dkt. No. 4);

(2) The Court ADOPTS Judge Theiler's report and recommendation (Dkt. No. 3);

(3) Petitioner's habeas petition and this action are DISMISSED with prejudice.

DATED this 2nd day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1421-JCC
PAGE - 1